IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROBERT BUSHMAN,　　　　　　　　:
　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　Case No. 3:25-cv-250
　v.　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　JUDGE WALTER H. RICE
J. D. VANCE, et al.,
　　　　Defendants.　　　　　　　:

---

DECISION AND ENTRY DISMISSING CASE WITHOUT PREJUDICE
FOR FAILURE TO SERVE DEFENDANTS; TERMINATION ENTRY

---

On July 21, 2025, Plaintiff Robert Bushman ("Plaintiff") filed a Complaint against J.D. Vance, in his official capacity, and John Boehner, in his official capacity, but to date, Plaintiff has not documented effective service. Doc. #1. Under the Federal Rules of Civil Procedure, once a plaintiff has filed a complaint, the plaintiff must effectuate service on each defendant within 90 days. Fed. R. Civ. P. 4(m). On December 3, 2025, the Court issued an Order to Show Cause as to why the case should not be dismissed for failure to timely serve Defendants, requiring an answer by December 17, 2025. Doc. #5. No response has been filed as of December 30, 2025.

If a defendant has not been served within this timeframe, a court "must dismiss the action without prejudice against that defendant or order that service be

made within a specified time." Fed. R. Civ. P. 4(m). Because Plaintiff has not timely served Defendants and has not shown good cause for the failure to do so, dismissal is mandated.

The captioned case is DISMISSED WITHOUT PREJUDICE and is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: December 30, 2025                    *[signature]*

                                            WALTER H. RICE
                                            UNITED STATES DISTRICT JUDGE